# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Randy Brackins El, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No._____ |
| | ) |
| | ) |
| LISA BATES, in her official and | ) |
| individual capacity, and Pamela | |
| Bondi, U.S.Attorney General, United | |
| States Department of Justice, United | |
| States Office of Special Counsel, | |
| Internal Revenue Service (IRS), | |
| United States Department of the Treasury | ) |
| | ) |
| National Aeronautical and Space Administration (NASA) | ) |
| NASA Marshall Space Flight Center (MSFC), John K. White | ) |
| Paula DeCaesaris, Larry Mack, Pamela Bourque, Phillip Jeff | ) |
| Morton, Paul R. Sullivan, Wendell Scott Stewart, Stanley | ) |
| Rhodes, Sherry Huddleston, Dwight Mosby, | |
| Kristin Pollard Kiel | ) |
| | ) |
| Defendants. | ) |

## VERIFIED COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND MONETARY RELIEF

COMES NOW Plaintiff, Randy Brackins El, by and through his attorney of record, Kimberly A. Ford, Esq., acting in verified capacity and in protection of both her professional rights and those of her client, and alleges the following:

This action is brought pursuant to 42 U.S.C. §1983, §1985, and § 504 of the Rehabilitation Act, to enjoin and obtain relief for ongoing retaliation, unconstitutional termination actions, and obstruction of federal process by the named Defendants.

## JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §1331 (federal question), § 1343 (civil rights), and §2201 (declaratory relief).

2. Venue is proper under 28 U.S.C. §1391(b) as the acts and omissions occurred within this District.

3. Plaintiff has standing based on direct harm, active representation in an MSPB matter, and retaliation directed at both client and counsel.

## PARTIES

4. Plaintiff, Kimberly A. Ford, Esq., is an attorney licensed to practice in the State of Alabama and was counsel of record in active litigation before the MSPB at all times relevant.

5. Defendant NASA is an agency of the United States and employer of record for the Petitioner.

6. Lisa Bates is the deciding official who authorized termination of the Petitioner during active proceedings, without lawful cause.

7. John and Jane Does 1–20 are persons yet unidentified who participated in or authorized unlawful acts.

## FACTS

8. Plaintiff is counsel of record for a federal employee (Petitioner) in active proceedings before the MSPB and the Eleventh Circuit.

9. On or about January 26, 2026, Defendants issued a termination notice against said client during live litigation, violating due process, ADA accommodation, and retaliation safeguards.

10. This termination was executed during an active Petition for Review and Mandamus proceeding - thus violating the holdings in Cleveland Bd. of Educ. v. Loudermill, 470 U.S. 532 (1985).

11. The agency failed to file a valid Annual Response Filing (ARF), violated 5 C.F.R. §1201.43(b), and refused to identify the terminating authority under oath.

12. Plaintiff and client submitted multiple filings documenting procedural collapse, triggering estoppel.

13. Plaintiff has now become the subject of retaliatory Bar scrutiny, improperly initiated based on false premises and without jurisdiction, further confirming conspiracy and retaliation patterns.

## CAUSES OF ACTION

14. Count I: Violation of Due Process (42 U.S.C. § 1983)

15. Count II: Retaliation in Violation of First Amendment (42 U.S.C. §1983)

16. Count III: Conspiracy to Interfere with Civil Rights (42 U.S.C. § 1985(2) and (3))

17. Count IV: Disability Discrimination (Rehabilitation Act § 504)

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court:

A. Issue declaratory judgment that the agency's actions violated constitutional and statutory protections.

B. Grant a temporary and permanent injunction against enforcement of the removal action.

C. Order reinstatement and backpay

D. Award compensatory and punitive damages.

E. Award attorney fees and costs under 42 U.S.C. §1988.

F. Grant any further relief as the Court deems just and proper.

Respectfully submitted this 9th day of February, 2026. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 9, 2026 at Huntsville, AL.

/s/ Kimberly A. Ford
Kimberly A. Ford (ASB-4139-r80f)
FORDUMAS LLC
470 Providence Main, Suite 302C

Huntsville, AL 35806
Ofc: 256-886-6240
Facsimile: 1-800-408-1501
kimberly@fordumas.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above has been filed electronically or vis first-class certified mail, return receipt on the Merit Systems Protection Board, Atlanta Regional Office to:

Attn: Pamela Bondi, U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

United States Department of Justice
United States Attorneys Office, Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203

United States Office of Special Counsel
Attn: Paul Ingrassia, Special Counsel
1730 M Street NW, Suite 218
Washington, DC 20036-4505

Internal Revenue Service (IRS)
Attn: Scott Bessent, Acting Commissioner
1111 Constitution Avenue, NW
Washington, DC. 20224

United States Department of the Treasury
Attn: Office of the General Counsel
1500 Pennsylvania Avenue, NW
Washington, DC 20220

National Aeronautical and Space Administration (NASA)

Attn: Office of the General Counsel
300 E Street SW, Suite 0V30
Washington, DC 20546

NASA Marshall Space Flight Center (MSFC)
Attn: John Pelfry, Center Director and the Office of the General Counsel
Mail Code LS01
Huntsville, AL 35812

John K. White
3700 Governors Drive NW, Unit 213
Huntsville, AL 35805-3561

Paul DeCaesaris
2890 High Mountain Road, NE
Huntsville, AL 35811

Larry Mack
143 Fernbridge Blvd.
Madison, AL 35758-7556

Pamela Bourque
155 Intercostal Dr.
Madison, AL 35758-9425

Phillip Jeff Morton
1260 Balch Road, Apt. 3202
Madison, AL 35757-6396

Paul R. Sullivan
2211 Cedar Cove Ct.
Reston, VA 20191-4108

Wendell Scott Stewart
244 Rosecliff Drive
Harvest, AL 35749

Stanley Rhodes
133 Vaughnwood Trace
Huntsville, AL 35806-4085

Sherry Huddleston
136 Jay Crawford Rd.

Baileyton, AL 35019

Dwight Mosby
26 Wax Lane SW

Huntsville, AL 35824

Kristin Pollard Kiel
19 America Way SW
Huntsville, AL 35824

On this the 9th day of February, 2026.

/s/ Kimberly A. Ford