# ADDENDUM
## (Pursuant to Fed. R. 10(c) and 15(d))

**Defendants (all)**

Lisa Bates, Pamela Bondi, United States Department of Justice, United States Office of Special Counsel, Internal Receive Service, United States Department of the Treasury, NASA, NASA/Marshall Space Flight Center, John K. White, Paula DeCaesaris, Larry Mack, Pamela Bourque, Phillip Jeff Morton, Paul R. Sullivan, Stanley Rhodes, Sherry Huddleston, Dwight Mosby, Kristin Pollard Kiel

**Related Case(s)**

Include:

- MSPB Docket: AT-1221-26-0143-W-1
- ASC Case: SC-2025-0903
- Federal Removal Case: 5:25-cv-01568