IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

Randy Brackins El, )
    Petitioner )
v. ) **Case No. 5:26-cv-00205-LCB**
Lisa Bates, United States Department )
of Justice, NASA et al., )
    Defendants.

## **MOTION FOR JUDGMENT AS A MATTER OF LAW**

COMES NOW Plaintiff Kimberly A. Ford, by and through undersigned counsel, and pursuant to Rule 50 of the Federal Rules of Civil Procedure, hereby moves this Court for Judgment as a Matter of Law against Defendants National Aeronautics and Space Administration ("NASA") and associated actors, on the following grounds:

1. The material facts supporting Plaintiff's claims of retaliation, due process violation, and constitutional injury under 42 U.S.C. § 1983 are fully presented in the record and are not subject to genuine dispute.

2. Defendants have not filed a timely or sufficient rebuttal to Plaintiff's Verified Complaint or the attached affidavits, thereby admitting the operative allegations under governing law.

3. The record includes verified affidavits, including photographic proof, sworn statements, and docket evidence, establishing that Plaintiff suffered retaliatory arrest and public humiliation directly tied to her protected legal advocacy on behalf of the Brackins El Private Estate Trust.

4. NASA has failed to appear or defend against these claims in a

manner that raises any triable issue of fact. Their silence constitutes procedural default and estoppel.

5. There is no legally sufficient evidentiary basis for a reasonable trier of fact to find for the Defendants on any of the essential elements raised in the Complaint.

WHEREFORE, Plaintiff respectfully demands that the Court enter Judgment as a Matter of Law in her favor, and grant such relief as is just and proper, including but not limited to declaratory relief, injunctive orders, attorney fees, and any further remedy this Court deems appropriate under law and equity.

Respectfully submitted this 10th day of February, 2026. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 10th, 2026 at Huntsville, AL.

/s/ Kimberly A. Ford
Kimberly A. Ford (ASB-4139-r80f)
FORDUMAS LLC
470 Providence Main, Suite 302C
Huntsville, AL 35806
Ofc: 256-886-6240
Facsimile: 1-800-408-1501
kimberly@fordumas.com
Attorney for Appellant

## **CERTIFICATE OF SERVICE**

I do hereby certified that I have served a copy of the foregoing on all interested parties via the electronic filing system, by email or first class, certified mail return receipt:

Attn: Pamela Bondi, U.S.Attorney General
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

United States Department of Justice
United State's Attorney's Office, Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 35203

United States Office of Special Counsel
Attn: Paul Ingrassia, Special Counsel
1730 M Street NW, Suite 218
Washington, DC 20036-4505

United States Marshals Service, Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Greer M. Lynch, Clerk of Court
U.S. District Court, Northern District of Alabama
1729 5th Avenue North
Birmingham, AL 35203

Internal Revenue Service (IRS)
Attn: Scott Bessent, Acting Commissioner
1111 Constitution Avenue, NW
Washington, DC. 20224

United States Department of the Treasury
Attn: Office of the General Counsel
1500 Pennsylvania Avenue, NW
Washington, DC 20220

National Aeronautical and Space Administration (NASA)
Attn: Office of the General Counsel
300 E Street SW, Suite 0V30
Washington, DC 20546

NASA Marshall Space Flight Center (MSFC)

Attn: John Pelfry, Center Director and the Office of the General Counsel
Mail Code LS01
Huntsville, AL 35812

John K. White
3700 Governor's Drive NW, Unit 213
Huntsville, AL 35805-3561

Paula DeCaesaris
2890 High Mountain Road, NE
Huntsville, AL 35811

Larry Mack
143 Fernbridge Blvd.
Madison, AL 35758-7556

Pamela Bourque
155 Intercostal Dr.
Madison, AL 35758-9425

Phillip Jeff Morton
1260 Balch Road, Apt. 3202
Madison, AL 35757-6396

Paul R. Sullivan
2211 Cedar Cove Ct.
Reston, VA 20191-4108

Wendell Scott Stewart
244 Rosecliff Drive
Harvest, AL 35749

Stanley Rhodes
133 Vaughnwood Trace
Huntsville, AL 35806-4085

Sherry Huddleston

136 Jay Crawford Rd.
Baileyton, AL 35019

Dwight Mosby
26 Wax Lane SW
Huntsville, AL 35824

Kristin Pollard Kiel
19 America Way SW
Huntsville, AL 35824

Hon. Ruth Ann Hall
XXXX
XXXXXXX

Merit Systems Protection Board
Atlanta Regional Office
401 W. Peachtree St., NW, 10th Floor
Atlanta, GA 30308-3519

Alexander, Hon. Joel T.
XXXX
XXXXXXX

Sprague, Hon.Christopher G.
XXXXX
XXXXX


On this the 10th day of February, 2026.

*/s/ Kimberly A. Ford*