FILED

2026 Feb-10 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **RANDY BRACKINS EL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 5:26-cv-205-LCB** |
| | ) | |
| **LISA BATES, in her official and** | ) | |
| **individual capacity,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

For the second time, Kimberly Ford has unlawfully filed a complaint in the Northern District of Alabama on behalf of Randy Brackins El. (Doc. 1); *see Brackins El v. Bates*, 5:26-cv-167-LCB (N.D. Ala. February 1, 2026). Ford has also filed a "Supplemental Motion for Judicial Disqualification and Recusal" on his behalf, seeking to disqualify the Court "from all further proceedings in this matter." (Docs. 2, 3 & 4). While the Court could deny this motion as baseless and frivolous on its merits, it need not, because it's already moot: Ford has been disbarred from practice in the district, so she's not permitted to file anything on his behalf at all. *See Brackins El Private Estate v. White*, 5:25-cv-1568-LCB (N.D. Ala. Sept. 12, 2025), ECF No. 37.

In all cases in this court, "a party may appear and be represented of record only by a member of the bar of this court, by an attorney permitted to appear" pro

hac vice or on behalf of the United States or Federal Public Defender's Office, "or, if an individual, by himself or herself pro se." N.D. ALA. L.R. 83.1(d). An attorney who has been disbarred from the Northern District of Alabama "may not resume the practice of law before this court until reinstated by order of the court." *Id.* at (j).

Because she has been disbarred, Ford is prohibited from practicing law in the district. The Court therefore **STRIKES** Brackins El's Verified Complaint for Declaratory, Injunctive, and Monetary Relief (Doc. 1) and his Supplemental Motion for Judicial Disqualification and Recusal (Docs. 2, 3 & 4) and **DISMISSES** the case **without prejudice**.

Ford does not seem to grasp the meaning of disbarment. To put a finer point on the meaning of the word, the Court **ORDERS** Kimberly Ford to cease filing anything on behalf of others in the Northern District of Alabama. If Ford files anything further in this district on anyone's behalf but her own, the Court may well hold her in contempt. The Court further notes that Ford has already been held in contempt—within the past week—for disobeying an order of the Court. The Court's patience is growing thin.

The Clerk is **DIRECTED** to close this case.

**DONE** and **ORDERED** this February 10, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE